**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

THOMAS BEAUCHAMP
ADC #059296                                                                    PLAINTIFF

V.                                  NO: 4:06CV00333 SWW

ARKANSAS, STATE OF *et al.*                                          DEFENDANTS

<u>**JUDGMENT**</u>

      Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

      DATED this 17th day of March, 2006.


                           /s/Susan Webber Wright

                          UNITED STATES DISTRICT JUDGE