**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

THOMAS BEAUCHAMP
ADC #059296                                                                                                    PLAINTIFF

V.                                          NO: 4:06CV00333 SWW

ARKANSAS, STATE OF *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of March, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE